**Johnny Michael PERRY,
Plaintiff–Appellant,**

v.

**MILDRED MITCHELL–BATEMAN
HOSPITAL, Defendant–
Appellee.**

No. 04–2115.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2004.

Decided: Nov. 24, 2004.

Johnny Michael Perry, Appellant pro se.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Michael Perry appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Perry v. Mildred Mitchell–Bateman Hosp.*, No. CA–04–524 (S.D.W.Va. Aug. 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*